ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Garth.Hire@usdoj.gov

Attorneys for United States of America

FILED

APR - 5 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. 4-12-71341 MAG |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL OF COMPLAINT |
| v. | ) |
| FRANCISCO RUIZ-LOPEZ, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the complaint

//

NOTICE OF DISMISSAL
NO. 4-12-71341 MAG

in the above-captioned matter and moves that the Court quash any arrest warrant issued in connection with this defendant.

DATED: April 4, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/ *Garth Hire*
GARTH HIRE
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the above-captioned complaint. The complaint is therefore dismissed and any arrest warrant is quashed.

Date: 4/5/18

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

NOTICE OF DISMISSAL
NO. 4-12-71341 MAG